**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 04-6193**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DANAH D. DIGGS,

Defendant - Appellant.

_____

**No. 04-6259**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DANAH D. DIGGS,

Defendant - Appellant.

_____

Appeals from the United States District Court for the Western District of Virginia, at Abingdon; Western District of Virginia, at Roanoke.  James P. Jones, District Judge.  (CR-01-2)

_____

Submitted:  March 11, 2004          Decided:  March 19, 2004

_____

Before WIDENER, WILKINSON, and MICHAEL, Circuit Judges.

————————————

Affirmed by unpublished per curiam opinion.

————————————

Danah D. Diggs, Appellant Pro Se. Robert Lucas Hobbs, Assistant United States Attorney, Abingdon, Virginia; Eric Matthew Hurt, OFFICE OF THE UNITED STATES ATTORNEY, Newport News, Virginia, for Appellee.

————————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Danah D. Diggs appeals the district court's orders denying her motion for a downward departure and motion to correct sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Diggs, No. CR-01-02 (W.D. Va. Nov. 14, 2003; Jan. 27, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED